UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **DOCKETED** **FILED** |
| v. | ) No. 03 CR 1032 NOV 17 2004 |
| | ) Hon. John F. Grady |
| H. MARC WATZMAN, also known | ) |
| as "Marvin Barash," | ) |
| "Herb Watman," and | ) |
| "Chiefer4@doglover.com" | ) |

04 NOV 12 PH 3:35
U.S. DISTRICT COURT
CLERK

## NOTICE OF FILING

To: Thomas Anthony Durkin          Patrick W. Blegen
    Durkin & Roberts               53 W. Jackson, Suite 615
    53 West Jackson Boulevard, Suite 615   Chicago, IL 60604
    Chicago, IL 60604

PLEASE TAKE NOTICE that on, Friday, November 12, 2004, the undersigned filed with the Clerk of this Court the following documents in the above captioned case: **GOVERNMENT'S PRELIMINARY TRIAL PARTICIPANT LIST;**, service of which is being made upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY: *T. Markus Funk/ce*

T. MARKUS FUNK
Assistant United States Attorney
219 South Dearborn - 5000
Chicago, Illinois 60604
(312) 886-7635

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

Clara Long, being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; and that on November 12, 2004, she caused the foregoing Notice and the above-described Motion(s) to be placed in U.S. Mail to the above named individual(s) on said date.

*Clara Long*

SUBSCRIBED and SWORN to before me
this <u>12th</u> day of November, 2004

*Peggy Zabinski*
NOTARY PUBLIC

"OFFICIAL SEAL"
Peggy M. Zabinski
Notary Public, State of Illinois
My Commission Exp. 06/04/2006

82

U.S. DISTRICT COURT
CLERK
04 NOV 12 PM 3:32
FILED

DOCKETED
NOV 17 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | N o. 03 CR 1032 |
| v. | ) | |
| | ) | Hon. John F. Grady |
| H. MARC WATZMAN, also known | ) | |
| as "Marvin Barash," | ) | |
| "Herb Watman," and | ) | |
| "Chiefer4@doglover.com" | ) | |

## GOVERNMENT'S PRELIMINARY TRIAL PARTICIPANT LIST

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby submits its preliminary list of potential government trial participants.

### Government Table:

Assistant United States Attorney T. Markus Funk
Assistant United States Attorney Virginia Kendall
ICE Special Agent Jose Nieves (case agent)
Lindsey Evans (intern)

### Government's Preliminary List of Likely Witnesses:[1]

ICE S.A. Greg Sandlund (search of residence)
ICE S.A. Jose Nieves (defendant's statement)
ICE S.A. Jarrod Winkle (computer forensics expert)
FBI S.A. Dr. Richard Vorder Bruegge (morphing expert)
Dr. Sam Wassif (pediatric expert)
Dr. Stephen Dinwiddie (rebuttal: psychiatric expert)

---

[1] The government of course reserves the right to call additional witnesses not on the list, and to not call individuals who are on the list, as the investigation and trial preparation develops.

Custodians of Record for:

    Citibank Checking Account
    CDW Computers
    Best Buy
    Doglover.com
    Western Union
    Mailboxes, etc.
    RCN Cable
    Citibank Palatinum Credit Card
    PNCBank Credit Card
    USAirways Visa
    National Association of Doctors Mastercard
    Bank of America Visa
    Direct Merchant's Bank

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*

T. MARKUS FUNK
VIRGINIA KENDALL
Assistant United States Attorneys
219 South Dearborn, 5th Floor
Chicago, IL 60604
(312) 353-5300