Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 1032 | **DATE** | 1/27/2005 |
| **CASE TITLE** | US vs. Watzman | | |

**DOCKET ENTRY TEXT:**

Defendant's motion in limine to bar the government from presenting still photos that have not been authenticated as images of actual children is denied.  ENTER MEMORANDUM OPINION.

Notices mailed by chambers.

■ [ For further detail see attached order.]

| | Courtroom Deputy Initials: | KM |
|---|---|---|